DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SIR-MARCUS LAWRENCE FLUELLEN,**
Appellant,

v.

**LAUDERHILL AUTO VENTURES LLC,**
Appellee.

No. 4D2025-1636

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk Olefson, Judge; L.T. Case No. CACE250002234.

Sir-Marcus Lawrence Fluellen, Hollywood, pro se.

Kenneth L. Paretti of Quinton & Paretti, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*        \*        \*

*Not final until disposition of timely-filed motion for rehearing.*